### Charles A. REHBERG, Plaintiff–Appellee,

v.

### James P. PAULK, in his individual capacity, Kenneth B. Hodges, III, in his individual capacity and in his official capacity as District Attorney of Dougherty County Kelly R. Burke, in his individual capacity, Defendants–Appellants,

**1342**

Dougherty County, Defendant.

No. 09–11897.

United States Court of Appeals,
Eleyenth Circuit.

June 8, 2012.

John Custer Jones, Marietta, GA, Michelle J. Hirsch, State of Georgia Dept. of Law, Devon Orland, Office of the Atty. Gen., Atlanta, GA, for Plaintiff–Appellee.

Cindy A. Cohn, Kevin Bankston, Jennifer Granick, Kurt Bradford Opsahl, Electronic Frontier Found., San Francisco, CA, Bryan A. Vroon, Atlanta, GA, for Defendants–Appellants.

Paul K. Ohm, University of Colorado Law School, Boulder, CO, Ralph O. Scoccimaro, Brown & Scoccimaro, P.C., Albany, GA, for Amici Curiae.

**ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES**

Before CARNES, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

On March 21, 2011, the United States Supreme Court granted Plaintiff Rehberg's petition for certiorari as to the portion of this Court's July 16, 2010 decision in *Rehberg v. Paulk,* 611 F.3d 828, 839–40 (11th Cir.2010), that concluded Defendant Paulk had absolute immunity for his grand jury testimony. On April 2, 2012, the United States Supreme Court affirmed. *Rehberg v. Paulk,* 566 U.S. ——, 132 S.Ct. 1497, 182 L.Ed.2d 593 (2012). We now remand this case to the United States District Court for the Middle District of Georgia for further proceedings consistent with our July 16, 2010 opinion, and specifically for entry of judgment in favor of the

Defendants on all claims except for the retaliatory prosecution claim against Paulk in Count 7 of Rehberg's complaint.

**REMANDED.**